# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| *Subject:* | **USA v. Warren Soto Delfin 2:25-CR-00095 WBS** | *Date:* | **May 8, 2025** |
|---|---|---|---|
| *To:* | **Hon. Chi Soo Kim c/o Courtroom Deputy Alexandra Waldrop** | *From:* | **Nchekube Onyima U.S. Attorney's Office Eastern District of California 501 I Street, Ste 10-100 Sacramento, California 95814 Telephone: (916) 554-2700** |

      This matter is currently set for an initial appearance on Friday May 9, 2025. On May 8, 2025, the government was informed that the defendant in this case has obtained new counsel. Defendant's new counsel is unavailable on May 9, 2025. The parties conferred regarding potential dates and determined that May 27, 2025, is the best available date offered by the Court. As such, the parties jointly request that the Court reset this matter for May 27, 2025, at 2:00 p.m.