# UNITED STATES DISTRICT COURT

Eastern **District of** California

UNITED STATES OF AMERICA,
Plaintiff (s),

V.

WARREN DELFIN

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:25-cr-0095 WBS

Notice is hereby given that, subject to approval by the court, __WARREN DELFIN__ substitutes
(Party (s) Name)

__CHRISTINA WEED__, State Bar No. __268579__ as counsel of record in place
(Name of New Attorney)

place of __ANDREW D. ALLEN__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Weed Law Group, PC
Address: 1655 N. Main Street, Suite 390, Walnut Creek, CA 94596
Telephone: 925-644-7905    Facsimile 925-301-8667
E-Mail (Optional): cweed@wlawgroupca.com

I consent to the above substitution.

Date: 5/8/2025    /s/ Warren Delfin
(Signature of Party (s))

I consent to being substituted.

Date: 5/8/2025    (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5/13/2025    /s/ Christina Weed
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: May 15, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]