# UNITED STATES DISTRICT COURT

Eastern **District of** California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff (s),<br><br>V.<br><br>WARREN DELFIN<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:25-cr-0095 WBS |

Notice is hereby given that, subject to approval by the court, __WARREN DELFIN__ substitutes
(Party (s) Name)

__DIANA LOPEZ__, State Bar No. __343457__ as counsel of record in place
(Name of New Attorney)

place of __ANDREW D. ALLEN__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Weed Law Group, PC |
| Address: | 1655 N. Main Street, Suite 390, Walnut Creek, CA 94596 |
| Telephone: | 925-644-7905      Facsimile  925-301-8667 |
| E-Mail (Optional): | dlopez@wlawgroupca.com |

I consent to the above substitution.

Date: 5/8/2025                                                    /s/ Warren Delfin
                                                                            (Signature of Party (s))

I consent to being substituted.

Date: 5/8/2025                                                    [signature]
                                                                            (Signature of Former Attorney (s))

I consent to the above substitution.

Date: 5/13/2025                                                  /s/ Diana Lopez
                                                                            (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: May 15, 2025

[signature]
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**