# **SPECIAL CONDITIONS OF RELEASE**

Re: Warren Soto Delfin
No. 2:25-CR-00095-WBS
Date: May 28, 2025

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must report in person to the Pretrial Services Agency immediately after your Court appearance;

3. You must reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

4. You must cooperate in the collection of a DNA sample;

5. You must restrict your travel to Eastern District of California and Northern District of California unless otherwise approved in advance by the pretrial services officer;

6. You must surrender your passport to the Clerk, U.S. District Court, and you must not apply for or obtain a passport or any other travel documents during the pendency of this case;

7. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control; and

8. You must report any contact with law enforcement to your pretrial services officer within 24 hours.