ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>WARREN SOTO DELFIN,<br><br>                              Defendant. | CASE NO.  2:25-CR-00095-WBS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER<br><br>DATE: April 27, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its attorney of record, Nchekube Onyima, Special Assistant United States Attorney, and defendant Warren Soto DELFIN, both individually and by and through his counsel of record, Brendan Hickey, hereby stipulate as follows:

1.      By previous order this matter was set for a status conference on August 4, 2025, and time was excluded from May 27, 2025, through August 4, 2025, under Local Code T4.  ECF 17.

2.      By previous order this matter was set for a status conference on November 3, 2025, and time was excluded from August 4, 2025, through November 3, 2025, under Local Code T4.  ECF 30.

3.      By previous order this matter was set for a status conference on February 2, 2026, and time was excluded from November 3, 2025, through February 2, 2026, under Local Code T4.  ECF 35.

4.      By previous order this matter was set for a status conference on April 27, 2026, and time was excluded from February 2, 2026, through April 27, 2026.  ECF 37.

STIPULATION TO CONTINUE AND EXCLUSION          1
OF TIME UNDER SPEEDY TRIAL ACT

5.    By this stipulation, the parties now move to continue the status conference until **May 18, 2026 at 10:00 a.m.,** and to exclude time between April 27, 2026, and May 18, 2026, under Local Code T4.

6.    The parties agree and stipulate, and request that the Court find the following:

a)    On April 20, 2026, the parties met in the government's office to discuss this case. At the meeting, the government's case agent assigned to this case presented his findings to defense counsel.  After the meeting, defense counsel requested additional time to discuss the case agent's findings with his client before discussing possible resolution with the government.  The government agreed to defense counsel's request.

b)    Due to the volume of discovery in this case, and the parties April 20, 2026, meeting, defense counsel requires additional time to discuss the discovery, and the case findings communicated to him with his client.  Defense counsel also requires additional time to discuss potential resolution with his client, and otherwise prepare for trial.

c)    Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance, but will request that the Court set a trial date at the next status conference in the event the parties fail to reach an agreement in this case.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 27, 2026 to May 18, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

STIPULATION TO CONTINUE AND EXCLUSION
OF TIME UNDER SPEEDY TRIAL ACT

7.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludible from the period within which a trial must commence.

IT IS SO STIPULATED.

ERIC GRANT
United States Attorney

Dated:  April 22, 2026                    /s/Nchekube Onyima
                                          NCHEKUBE ONYIMA
                                          Special Assistant United States Attorney

Dated:  April 22, 2026                    /s/Brendan Hickey
                                          BRENDAN HICKEY
                                          Counsel for Defendant
                                          Warren Soto Delfin

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 22, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE AND EXCLUSION
OF TIME UNDER SPEEDY TRIAL ACT

3