ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>                     v.<br><br>WARREN SOTO DELFIN,<br><br>                          Defendant. | CASE NO.  2:25-CR-00095-WBS<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT FINDINGS AND ORDER<br><br>DATE: May 18, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its attorney of record, Nchekube Onyima, Special Assistant United States Attorney, and defendant Warren Soto Delfin, both individually and by and through his counsel of record, Brendan Hickey, hereby stipulate as follows:

1.     By previous order this matter was set for a status conference on August 4, 2025, and time was excluded from May 27, 2025, through August 4, 2025, under Local Code T4.  ECF 17.

2.     By previous order this matter was set for a status conference on November 3, 2025, and time was excluded from August 4, 2025, through November 3, 2025, under Local Code T4.  ECF 30.

3.     By previous order this matter was set for a status conference on February 2, 2026, and time was excluded from November 3, 2025, through February 2, 2026, under Local Code T4.  ECF 35.

4.     By previous order this matter was set for a status conference on April 27, 2026, and time was excluded from February 2, 2026, through April 27, 2026.  ECF 37.

STIPULATION TO CONTINUE AND EXCLUSION
OF TIME UNDER SPEEDY TRIAL ACT

1

5.    By previous order this matter was set for a status conference on May 18, 2026, and time was excluded from April 27, 2026, through May 18, 2026.  ECF 39.

6.    By this stipulation, the parties now move to continue the status conference until **July 20, 2026 at 10:00 a.m.**, and to exclude time between May 18, 2026, and July 20, 2026, under Local Code T4.

7.    The parties agree and stipulate, and request that the Court find the following:

a)    The discovery in this case consists of tens of thousands of pages of financial records, and tax documents, in addition to recorded interviews.

b)    To assist defense counsel with pinpointing the government's most relevant evidence, on April 20, 2026, the parties met in the government's office to discuss this case.  At the meeting, the government's case agent assigned to this case presented his findings to defense counsel.

c)    On May 7, 2026, the government sent defense counsel a tentative plea offer. Defense counsel represented that he needs additional time to discuss the plea offer with his client.

d)    Defense counsel has also represented that he intends to file a motion requesting to transfer venue of this case to the Northern District of California.

e)    Due to the volume of discovery in this case, the parties' plea discussions, and defense counsel's upcoming motion for change of venue, defense counsel requires additional time to discuss the discovery, and plea offer with his client, and otherwise prepare for trial.

f)    Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g)    The government does not object to the continuance, but is prepared to set this case for trial.  This case has been pending before this Court for more than one year.  The government will request that the Court set a trial date at the next status conference in the event the parties fail to reach an agreement in this case.

h)    Based on the above-stated findings, the ends of justice served by continuing the

STIPULATION TO CONTINUE AND EXCLUSION
OF TIME UNDER SPEEDY TRIAL ACT

2

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 18, 2026 to July 20, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

8.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludible from the period within which a trial must commence.


IT IS SO STIPULATED.


ERIC GRANT
United States Attorney

Dated:  May 14, 2026          /s/Nchekube Onyima
                              NCHEKUBE ONYIMA
                              Special Assistant United States Attorney


Dated:  May 14, 2026          /s/Brendan Hickey
                              BRENDAN HICKEY
                              Counsel for Defendant
                              Warren Soto Delfin


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  May 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE


STIPULATION TO CONTINUE AND EXCLUSION
OF TIME UNDER SPEEDY TRIAL ACT

3