HICKEY & CHUNG, LLP
Brendan Hickey (SBN 261794)
hickey@defender.law
Pier 9, Suite 100
San Francisco, CA  94111
T: (415) 942-9000
F: (415) 484-7054

Attorney for Defendant
WARREN DELFIN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WARREN SOTO DELFIN,<br><br>Defendant. | CASE NO.  2:25-CR-00095-WBS<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: July 20, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Defendant Warren Soto Delfin, by and through his attorney of record, Brendan Hickey, and Plaintiff United States of America, both individual and by and through its counsel of record, Nchekube Onyima, Special Assistant United States Attorney, hereby stipulate as follows:

1.    By previous order this matter was set for a status conference on July 20, 2026.  ECF 41.

2.    By this stipulation, the parties now move to continue the status conference until **September 8, 2026 at 10:00 a.m**., and to exclude time between July 20, 2026, and September 8, 2026, under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    Mr. Delfin has a medical procedure scheduled for July 20, 2026.

b)    The parties are continuing to finalize the terms of a plea agreement.

c)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the

STIPULATION TO CONTINUE STATUS CONFERENCE                    1

original date prescribed by the Speedy Trial Act.

d)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 20, 2026 to September 8, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludible from the period within which a trial must commence.

IT IS SO STIPULATED

Dated: July 3, 2026

_____/s/_____
BRENDAN HICKEY
Counsel for Defendant
Warren Soto Delfin

Dated:  July 3, 2026

_____/s/_____
NCHEKUBE ONYIMA
Special Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  July 7, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE

2