ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>WARREN SOTO DELFIN,<br>Defendant. | CASE NO. 2:25-CR-00095 WBS<br><br>ORDER RE: EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT |

**ORDER**

The Court, having considered the parties' arguments, and for good cause appearing therefore orders that the status conference be continued to September 21, 2026, and that time from September 8, 2026, up to and including September 21, 2026, shall be excluded from the computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court further finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: September 10, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE